# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 10 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|   |   |
|---|---|
| United States of America<br>vs.<br>Michael Chau | )<br>)  Case No. 1:11CR0113<br>)<br>) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Michael Chau____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the following condition:   You are released to the third party custody of Vincent Chau.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 1-17-14        _____ 1-24-14
Signature of Defendant    Date          Signature of Pretrial Services Officer    Date
Michael Chau                             Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                  2/7/14
Signature of Assistant U.S. Attorney    Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  1/30/14
Signature of Defense Counsel    Date
Kirk McAllister

### ORDER OF THE COURT

☑ The above modification of conditions of release is ____Approved____.
☐ The above modification of conditions of release is *not* ordered.

_____                  2/10/14
Judicial Officer Signature              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services