IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| UNITED STATES OF AMERICA, | : | Case No.:  1:11-cr-00113-AWI-BAM (005) |
|---|---|---|
| Plaintiff, | : | **[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs. | : | |
| MICHAEL CHAU, | : | |
| Defendant. | : | |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, that that the defendant's conditions of release shall be modified to relieve the defendant of supervision by Pretrial Services.

IT IS FURTHER ORDERED THAT the defendant shall continue to abide by the following conditions:

(1) The defendant shall not violate any federal, state or local law;

(2) The defendant shall immediately advise the court, defense counsel and the United States in writing of any change in address or telephone number;

(3) The defendant shall appear in court as ordered and must surrender to serve any sentence imposed;

(4) The defendant shall remain released on his personal recognizance; and

(5)     The defendant's passport shall continue to remain in the custody the Clerk of the Court pending further order of the court and the defendant shall not obtain any other passport during the pendency of this case.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **September 12, 2016**            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE