1  Kirk W. McAllister, State Bar No. 47324
   McALLISTER & McALLISTER, INC.
2  A Professional Law Corporation
   1012 - 11th Street, Suite 100
3  Modesto, CA  95354
   Tel: (209) 575-4844
4
   Attorney for Defendant
5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,        :  Case No.: 1:11-cr-00113-AWI-BAM
11                                :
          Plaintiff,             :  **STIPULATION AND ORDER**
12                               :  **TO REQUEST A CONTINUANCE**
                                 :  **OF THE SENTENCING**
13        vs.                    :  **FROM APRIL 10, 2017, TO JUNE**
                                 :  **12, 2017 AT 1:30 P.M.**
14  MICHAEL CHAU,                :
                                 :
15        Defendant.             :
                                 :
16  _____    :

17

18        COMES NOW Defendant MICHAEL CHAU, by and through his attorney KIRK W.

19  McALLISTER, who respectfully requests that the current Sentencing Hearing scheduled on

20  April 10, 2017, be rescheduled to June 12, 2017 at 1:30 p.m. The purpose of this request is to

21  permit CHAU, his Counsel and the United States Probation Officer the appropriate time

22  necessary to complete the Pre-Sentence Investigation. Counsel and United States Probation

23  Office Ross Micheli believe the requested additional time is required to prepare this case for

24  sentencing. The Assistant United States Attorney, Laurel J. Montoya has informed Counsel that

25  the government has no objection. For the above described reason, CHAU respectfully requests

26  that the Sentencing date be rescheduled.

27  ///

28  ///

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354

Respectfully submitted,

McALLISTER & McALLISTER, INC.

Dated: February 10, 2017          By: _____/s/ Kirk W. McAllister_____
                                              Kirk W. McAllister
                                              Attorney for Defendant CHAU

Dated: February 9, 2017           By: _____/s/ Laurel J. Montoya_____
                                              Laurel J. Montoya
                                              Assistant United States Attorney

ORDER

The court has reviewed and considered the stipulation of the parties to continue the

sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing

hearing is continued from April 10, 2017, at 1:30 p.m., to June 12, 2017, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   February 14, 2017          _____
                                              SENIOR  DISTRICT  JUDGE